UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| ROBERT DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 22-43-WOB |
| | ) | |
| v. | ) | |
| | ) | |
| E. ALTHAUSER and JOHN DOES, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure the Court **ORDERS** and **ADJUDGES** as follows:

1.   The Court **DISMISSES** with prejudice the Second Amended Complaint [R. 19] filed by Plaintiff Robert Davis.

2.   The Court **ENTERS** judgment in favor of the Defendants with respect to the claims asserted in this proceeding.

3.   This is a **FINAL** Judgment.

This 6th day of February, 2023.



Signed By:
William O. Bertelsman
United States District Judge